1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,

11            Respondent,                          No. CR S-05-00258 FCD EFB

12        vs.

13    STEVEN MICHAEL KELLY,

14            Movant.                              ORDER

15    _____/

16        Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set

17    aside, or correct his sentence pursuant to 28 U.S.C. § 2255.[1]  Since movant may be entitled to the

18    requested relief, respondent is directed to file an answer, motion or other response within thirty

19    days of the effective date of this order. *See* Rule 4(b), Rules Governing Section 2255

20    Proceedings.  Respondent shall include with an answer any and all transcripts or other

21    documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules

22    Governing Section 2255 Proceedings.  Movant's reply, if any, is due on or before thirty days

23    from the date respondent's answer is filed. *Id.*

24    ////

25    _____

26        [1] Movant filed his motion on January 8, 2007.  Due to clerical error, the court was
      unaware that the motion had been filed until today.

1

1    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

2   January 8, 2007 motion on the United States Attorney or his authorized representative.

3    So ordered.

4   Dated:  April 7, 2011.

5                                          EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26